UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 66 HOLYOKE, LLC,<br>Plaintiff,<br><br>v.<br><br>DELTA CAPITAL GROUP, LLC,<br>Defendant. | CIV. A. NO.: 3:12-CV-30066-MAP |

**JOINT MOTION FOR TEMPORARY STAY**

Plaintiff 66 Holyoke, LLC and Defendant Delta Capital Group, LLC hereby jointly request that the Court toll all deadlines for responsive pleadings and continue for that time frame the scheduling of the Local Rule 16 Initial Scheduling Conference for a period of ninety (90) days or until such time as either party notifies the Court that settlement discussions have ceased in order to allow the parties to explore the possibility of settlement through private mediation.

WHEREFORE, the parties jointly request that the Court issue an Order in the form attached hereto.

Dated: June 15, 2012

| | |
|---|---|
| THE PLAINTIFF,<br>66 HOLYOKE, LLC<br><br>By its attorney,<br><br>   /s/ Michael K. Callan   <br>Michael K. Callan (BBO # 558912)<br>Doherty, Wallace, Pillsbury & Murphy, PC<br>One Monarch Place, Suite 1900<br>1414 Main Street<br>Springfield, MA 01144<br>Phone (413) 733-3111<br>Fax (413) 734-3910<br>mcallan@dwpm.com | THE DEFENDANT,<br>DELTA CAPITAL GROUP, LLC,<br><br>By its attorney,<br><br>   /s/ Seth N. Stratton   <br>Seth N. Stratton (BBO #661533)<br>FITZGERALD ATTORNEYS AT LAW, PC<br>46 Center Square<br>East Longmeadow, MA 01028<br>Phone (413) 486-1110<br>Fax (413) 486-1120<br>sns@fitzgeraldatlaw.com |

ALLOWED, with a modification. Counsel will either settle this case by September 24, 2012 or will submit a written status report by that time. See order.
Michael B. Ponsor USDJ 6-19-12