UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 66 HOLYOKE, LLC,<br>    Plaintiff,<br><br>v.<br><br>DELTA CAPITAL GROUP, LLC,<br>    Defendant. | CIV. A. NO.: 3:12-CV-30066-MAP |

### ORDER

The Court having considered the parties' Joint Motion for Temporary Stay in the above-captioned action, it is hereby ORDERED as follows:

All pending deadlines with respect to (i) responsive pleadings and any motions relating thereto and (ii) the assignment of the Local Rule 16 Initial Scheduling Conference Date, are hereby tolled ~~for a period of ninety (90) days or until such time as either party notifies the Court that settlement discussions have ceased. Upon the earlier such date, all discovery deadlines shall resume and the Defendant shall have ten days to respond to the Plaintiff's Amended Complaint.~~ until September 21, 2012, at which time counsel will either have settled this case or will submit a written status report.

Michael A. Ponsor USDJ , J.

6·19·12